In the Matter of the Application of RUFUS T. PECK, Respond-
ent, for a Writ of Mandamus, *v.* THE STATE BOARD OF CAN-
VASSERS, Appellant.

THE SAME, Respondent, *v.* THE COUNTY BOARD OF CANVASSERS
OF ONONDAGA COUNTY, Appellant.

(Argued December 11, 1891; decided December 29, 1891.)

APPEALS from orders of the General Term of the Supreme
Court in the third judicial department, made December 7,
1891, which affirmed orders of Special Term directing a writ

of peremptory mandamus to issue in each of the above proceedings.

*I. H. Maynard* and *Delos McCurdy* for appellants.

*William Nottingham* for respondent.

*Joseph H. Choate, William A. Sutherland* and *Matthew Hale* for respondent.

Agree to reverse and deny applications; no opinion.
All concur.
Orders reversed and applications denied.